IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS McKEITHAN, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JEFFREY BEARD, ET AL., )<br>    Defendants. ) | Civil Action No. 06-965 |

ORDER

Plaintiff has appealed the non-dispositive order, dated October 4, 2006, entered by United States Magistrate Judge Francis X. Caiazza [document #33]. Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this 20th day of October, 2006, IT IS HEREBY ORDERED that the order referred to is AFFIRMED and the instant case is referred back to the Magistrate Judge for further proceedings.

BY THE COURT:

_____, J.

cc: The Honorable Francis X. Caiazza,
    United States Magistrate Judge

    All parties of record