IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

AND NOW, THIS 5-th DAY OF July 07, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

DENNIS McKEITHAN

PLAINTIFF

V.

J. BEARD, ET.AL.

DEFENDANTS

NO: 06-965

2007 JUN 22 PH 2: 15
CLERK
US DISTRICT COURT

PLAINTIFFS MOTION FOR RECONSIDERATION AND TO VACATE COURT ORDER OF 6-6-07 DISMISSING CLAIMS AGAINST DEFENDANTS MEYERS, YARCGWER, AND HERBICK

ON 6-6-07 THIS COURT GRANTED PART OF THE DEFENDANTS MOTION TO DISMISS COMPLAINT AGAINST THEM IN RESPECT TO SEVERAL CLAIMS, ONLY DENYING THEIR MOTION IN RESPECT TO ONE CLAIM.

PLAINTIFF FILE THIS MOTION BECAUSE THE COURTS DECISION IS AN ERROR IN LAW AND VIOLATION OF PLAINTIFFS CONSTITUTIONAL RIGHTS UNDER THE EIGTH AND FOURTEENTH AMENDMENT OF THE UNITED STATES.

1) THIS COURT GRANTED THE DEFENDANTS MOTION FOR DISMISSAL ON PLAINTIFFS CLAIM OF DENIAL OF AND DISCONTINUATION OF TREATMENT FOR A DOCUMENTED CHRONIC SKIN DISEASE ECZEMA, FOR NON-MEDICAL REASONS.