IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DENNIS MCKEITHAN,)
)
       Plaintiff,)
)
  v.)
) Civil Action No. 06-965
JEFFREY BEARD, SECRETARY OF ) Judge Lancaster
CORRECTIONS, et al., ) Magistrate Judge Caiazza
)
       Defendants.)

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

For the reasons set out in the Reports and Recommendations addressing the Defendants' Motions for Summary Judgment, filed this date, it is respectfully recommended that the Motion for Summary Judgment filed by the Plaintiff (Doc. 89) be denied.

In accordance with the Magistrate's Act, 28 U.S.C. § 636 (b)(1)(B) and (C), and Rule 72.1.4 (B) of the Local Rules for Magistrates, objections to this Report and Recommendation are due by December 17, 2007.

November 30, 2007              s/Francis X. Caiazza
                                        Francis X. Caiazza
                                        United States Magistrate Judge

cc:

DENNIS MCKEITHAN BB2253
SCI Frackville
1111 Altamont Blvd.
Frackville, PA 17931