IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS MCKEITHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No. 06-965 |
| JEFFREY BEARD, SECRETARY OF ) | Judge Lancaster |
| CORRECTIONS, *et al.*, ) | Magistrate Judge Caiazza |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Dennis McKeithan's civil rights complaint was received by the Clerk of Court on July 21, 2006, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge filed three reports and recommendations on November 30, 2007, recommending that the Defendants' motions for summary judgment be granted, and that the Plaintiff's motion for summary judgment be denied. The parties were allowed ten days from the date of service of the report to file objections. The Plaintiff sought extensions of time to file objections (Docs. 116, 117 and 119). The Magistrate Judge entered an order directing that all objections be filed by December 28, 2007 (Doc. 118). No objections have been filed.

After de novo review of the pleadings and documents in the case, together with the Reports and Recommendations, the following order is entered:

AND NOW, this **3rd** day of **Jan**, 2008,

IT IS HEREBY ORDERED that the motions for summary judgment filed by the Defendants (Docs. 59 and 94) are GRANTED. IT IS FURTHER ORDERED that the Plaintiff's motion for summary judgment (Doc. 89) is DENIED.

The Reports and Recommendations of Magistrate Judge Caiazza, (Docs. 113, 114, and 115), dated November 30, 2007, are adopted as the opinion of the court.

Gary L. Lancaster
U.S. District Court Judge

cc:
DENNIS MCKEITHAN
BB2253
SCI Frackville
1111 Altamont Blvd.
Frackville, PA 17931