IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS MCKEITHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No. 06-965 |
| JEFFREY BEARD, SECRETARY OF ) | Judge Lancaster |
| CORRECTIONS, et al., ) | Magistrate Judge Caiazza |
| ) | |
| Defendants. ) | |

### ORDER

This case was closed on January 3, 2008, upon consideration of cross-motions for summary judgment. Objections to the Magistrate Judge's Reports and Recommendations were due on or before December 28, 2007, but were not filed until after this Court's order closing the case. Now the Plaintiff has filed a Motion to Reconsider (Doc. 126) asserting that the Court should have considered his objections.

The Court has reviewed the lengthy objections filed by the Plaintiff, and is still convinced that the order entered on January 3, 2008 is appropriate. Hence, the Motion to Reconsider is DENIED.

/s/ Gary L. Lancaster
Gary L. Lancaster
U.S. District Court Judge

Dated: January 24, 2008

cc: DENNIS MCKEITHAN, BB2253
SCI Frackville
1111 Altamont Blvd.
Frackville, PA 17931

All Counsel of Record