IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS McKEITHAN, <br> Plaintiff, <br><br> v. <br><br> JEFFREY BEARD, ET AL., <br> Defendants. | Civil Action No. 06-965 |

## ORDER

Plaintiff has appealed the non-dispositive order, dated June 23, 2009, entered by United States Magistrate Judge Cathy Bissoon [document #152]. Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this 7th day of July, 2009, IT IS HEREBY ORDERED that the order referred to is AFFIRMED and the instant case is referred back to the Magistrate Judge for further proceedings.

BY THE COURT:

_____, J.

cc: The Honorable Cathy Bissoon,
 United States Magistrate Judge

 All parties of record