IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS MCKEITHAN, | ) |
| Plaintiff, | ) Civil Action No. 06-965 |
| v. | ) Chief Judge Lancaster |
| | ) Magistrate Judge Bissoon |
| JEFFREY A. BEARD, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Dennis McKeithan is a state prisoner currently incarcerated in the State Correctional Institution at Coal Township, Pennsylvania. The Court denied as moot Plaintiff's Emergency Motion for Temporary Restraining Order or a Preliminary Injunction (Doc. 181) seeking an order directing Defendants to permit him access to his legal materials, and to permit him access to the prison's law library, because Plaintiff was provided access to his legal materials and the prison law library (Doc. 189). Plaintiff asks the Court to reconsider its prior order on the basis that the prison is not permitting him to keep as many documents in his cell as he was previously permitted, and because he has been directed by the prison to mail some of his materials home instead of storing them at the prison (Doc. 192). Plaintiff's only obligation at present is to respond to a Motion for Summary Judgment (Doc. 168) addressing two discrete issues: (1) McKeithan's Eighth Amendment claim against Defendants Meyers and Yarcgwer with respect to their treatment of McKeithan's eczema; and (2) a due process claim premised upon Defendants charging McKeithan co-payments for preexisting conditions. Plaintiff has not indicated how the amount of property he is now permitted to keep in his cell prevents him from participating in this case.

AND NOW, this 3rd day of December, 2009, IT IS HEREBY ORDERED that Plaintiff's Motion for Reconsideration (Doc. 192) is DENIED.

*[signature]*

Gary L. Lancaster
Chief United States District Judge

cc:
**DENNIS MCKEITHAN**
BB2253
SCI Mahanoy
301 Morea Road
Frackville, PA 17932