# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS MCKEITHAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JEFFREY BEARD, SECRETARY OF )<br>CORRECTIONS, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 06-965<br>Chief Judge Lancaster<br>Magistrate Judge Bissoon |

## MEMORANDUM ORDER

Dennis McKeithan's civil rights complaint was received by the Clerk of Court on July 21, 2006, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules for Magistrates. Summary judgment was entered as to all Defendants, but the matter was remanded by the Court of Appeals with respect to some of Plaintiff's claims. The case was referred to United States Magistrate Judge Cathy Bissoon after remand.

The Magistrate Judge's Report and Recommendation, filed on April 12, 2010, recommended that the Motion for Summary Judgment filed by Defendants Yarcgwer and Myers (Doc. 168) be granted (leaving a single claim against Defendants Beard, Shaffer, Stickman, Wilson and Zaken that Plaintiff was subjected to unconstitutional conditions of confinement in the Long Term Segregation Unit at SCI-Fayette). Objections were timely filed by Plaintiff (Doc. 210).

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this 21st day of May, 2010,

IT IS HEREBY ORDERED that the Motion for Summary Judgment filed by Defendants Yarcgwer and Myers (Doc. 168) is GRANTED.

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Bissoon (Doc. 206), dated April 12, 2010, is adopted as the opinion of the court.

GARY L. LANCASTER
CHIEF UNITED STATES DISTRICT JUDGE

Cc:
DENNIS MCKEITHAN
BB2253
SCI Coal Township
1 Kelley Drive
Coal Township, PA 17866-1021