IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DENNIS MCKEITHAN, )
)
       Plaintiff, )
)
v. ) Civil Action No. 06-0965
)
JEFFREY BEARD et al., )
)
       Defendants. )

## STIPULATION FOR DISCONTINUANCE

The instant action is dismissed with prejudice following settlement upon agreement of the parties.

_____   _____
Kemal Alexander Mericli                           Dennis R. McKeithan
(counsel for defendants)                          (plaintiff)

By the Court:

_____ J.

DATED: 6-10-11